IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CURTRINA MARTIN, Individually
and as Parent and Next Friend of
G.W., a Minor,

    Plaintiffs,

v.     Case No. 1:19-cv-04106-JPB

UNITED STATES OF AMERICA,
LAWRENCE GUERRA, and SIX
UNKNOWN FBI AGENTS,

    Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF SERVICE OF**
<u>**PLAINTIFFS' RULE 26(a)(2)(C) DISCLOSURES TO DEFENDANT**</u>

    I hereby certify that on this day I served Plaintiffs' Rule 26(a)(2)(C)

Disclosures to Defendants via email:

Aaron J. Ross
<u>Aaron.Ross@usdoj.gov</u>
Darcy F. Coty
<u>Darcy.Coty@usdoj.gov</u>
The United States Attorney's Office
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

This 18th day of February 2021,

                                **Jeffrey R. Filipovits**
                                Jeffrey R. Filipovits
                                Georgia Bar No. 825553

| | |
|---|---|
| Jeffrey R. Filipovits | Lisa C. Lambert |
| Georgia Bar No. 825553 | Georgia Bar No. 142135 |
| Spears & Filipovits, LLC | Law Office of Lisa C. Lambert |
| 1126 Ponce de Leon Ave. | 245 N. Highland Ave. |
| Atlanta, GA 30306 | Suite 230-139 |
| 678-237-9302 | Atlanta, Georgia 30307 |
| jeff@civil-rights.law | 404-556-8759 |
| | lisa@civil-rights.attorney |

*Attorneys for Plaintiffs Curtrina Martin and G.W.*