IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CURTRINA MARTIN, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　Defendants. | Civil Action File No.<br>1:19-CV-04106-JPB |
| HILLIARD TOI CLIATT,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　Defendants. | Civil Action File No.<br>1:19-CV-04180-JPB |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Northern District of Georgia Local Rule 56.1, Defendants United States of America and Lawrence Guerra (collectively, "Defendants") hereby move for summary judgment in their favor as to each of Plaintiffs' claims in the above-captioned actions. In support of this motion, Defendants rely upon the accompanying Memorandum of Law and

Statement of Undisputed Material Facts, which show that no genuine issue of material fact remains for trial, and Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants United States of America and Lawrence Guerra respectfully request that this Court grant summary judgment in their favor as to each of Plaintiffs' claims in the above-captioned actions and award Defendants their costs reasonably incurred in defending these actions.

Respectfully submitted, this 27th day of August, 2021.

KURT R. ERSKINE
*Acting United States Attorney*

s/ Aaron J. Ross
AARON J. ROSS
*Assistant United States Attorney*
Georgia Bar No. 461981
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Telephone:  404-581-6228
Facsimile:  404-581-6181

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the documents to which this certificate is attached have been prepared in Book Antiqua font, 13-point type, which is one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to the following opposing counsel of record:

Jeffrey R. Filipovits
Spears & Filipovits, LLC
1126 Ponce de Leon Ave.
Atlanta, Georgia 30306

Lisa C. Lambert
Law Office of Lisa C. Lambert
245 N. Highland Ave., Suite 230-139
Atlanta, Georgia 30307

*Counsel for Curtrina Martin, et al.*

Zack Greenamyre
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305

*Counsel for Hilliard Toi Cliatt*

This 27th day of August, 2021.

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

*Counsel for Defendants*