IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HILLIARD TOI CLIATT, | |
| Plaintiffs, | |
| v. | Civil Action File No. 1:19-CV-04180-JPB |
| UNITED STATES OF AMERICA, LAWRENCE GUERRA, and SIX UNKNOWN FBI AGENTS, | |
| Defendants. | |

## DEFENDANT LAWRENCE GUERRA'S
## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Lawrence Guerra ("SA Guerra"), by and through undersigned counsel, hereby answers the Complaint (Doc. 1) filed by Plaintiff Hilliard Toi Cliatt ("Plaintiff") in the above-captioned action as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against SA Guerra upon which relief can be granted.

### SECOND DEFENSE

Qualified immunity bars Plaintiff's claims against SA Guerra.

### THIRD DEFENSE

SA Guerra reasonably believed, in good faith, that each of his actions at issue in this case were lawful.

### FOURTH DEFENSE

No act or omission on the part of SA Guerra caused or contributed to Plaintiff's alleged injuries.

### FIFTH DEFENSE

Some or all of the claims/damages alleged in the Complaint may be barred under doctrines of estoppel and/or waiver.

### SIXTH DEFENSE

Plaintiff may have failed to mitigate his alleged damages.

### SEVENTH DEFENSE

SA Guerra responds to the allegations set out in the individually-numbered paragraphs of Plaintiff's Complaint as follows:

* * * *

In response to the introductory paragraph of the Complaint, SA Guerra admits that Plaintiff has filed this Complaint and further states that Plaintiff's Complaint speaks for itself.  SA Guerra denies the remaining allegations in the introductory paragraph of the Complaint and specifically denies that he violated

any constitutional right of Plaintiff, committed any constitutional tort against Plaintiff, or "should be held liable" to Plaintiff in any manner whatsoever in this case.

\* \* \* \*

## "JURISDICTION AND VENUE"

1.      SA Guerra admits this Court has jurisdiction over this case.  SA Guerra otherwise denies paragraph 1 as stated, further stating that Plaintiff's Complaint does not purport to assert state law claims.

2.      SA Guerra admits that venue is proper in this Court.  SA Guerra otherwise denies paragraph 2 as stated.

## "CONDITIONS PRECEDENT"

3.      SA Guerra states that paragraph 3 states a legal conclusion to which no response is required.  To the extent a response is required, SA Guerra denies that he violated any constitutional right of Plaintiff or may be held liable to Plaintiff in any manner whatsoever in this case and therefore denies paragraph 3.

4.      SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 4 and therefore denies the same.

"PARTIES"

5.      SA Guerra is without knowledge or information sufficient to form a

belief as to the truth of paragraph 5 and therefore denies the same.

6.      SA Guerra states that paragraph 6 states a legal conclusion to which

no response is required.  To the extent paragraph 6 is deemed to allege facts to

which a response is required, SA Guerra denies paragraph 6.

7.      SA Guerra admits paragraph 7.

8.      SA Guerra is without knowledge or information sufficient to form a

belief as to the truth of paragraph 8 and therefore denies the same.

"FACTUAL ALLEGATIONS"

9.      SA Guerra admits that FBI agents executed search and arrest

warrants at 3756 Denville Trace, SW, Atlanta, Georgia 30331 on October 18, 2017.

SA Guerra denies the remaining allegations of paragraph 9.

10.     SA Guerra admits that the search warrant being executed was for

3741 Landau Lane, SW, Atlanta, Georgia 30331 rather than 3756 Denville Trace,

SW, Atlanta, Georgia 30331.  SA Guerra denies any remaining allegations of

paragraph 10, further stating that he reasonably believed that the FBI agents

were at the home subject to the warrant.

11.     SA Guerra admits that the search warrant being executed was for 3741 Landau Lane, SW, Atlanta, Georgia 30331, and such address was identified on the warrant. SA Guerra denies the remaining allegations of paragraph 11.

12.     SA Guerra admits that the search warrant being executed was for 3741 Landau Lane, SW, Atlanta, Georgia 30331 rather than 3756 Denville Trace, SW, Atlanta, Georgia 30331. SA Guerra denies any remaining allegations of paragraph 12, further stating that he reasonably believed that the FBI agents were at the address subject to the warrant.

13.     SA Guerra denies paragraph 13.

14.     SA Guerra denies paragraph 14.

15.     SA Guerra admits that FBI employees breached the front door of the home and placed a single, diversionary device known as a "flash bang" on the floor inside of the door. SA Guerra also admits that FBI employees were wearing tactical gear. SA Guerra denies the remaining allegations of paragraph 15 and specifically denies that the FBI agents set off "grenades" and that all agents were wearing "facemasks."

16.     SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 16 and therefore denies the same.

17.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 17 and therefore denies the same.

18.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 18 and therefore denies the same.

19.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 19 and therefore denies the same.

20.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 20 and therefore denies the same.

21.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 21 and therefore denies the same.

22.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 22 and therefore denies the same.

23.    SA Guerra denies paragraph 23 to the extent it purports to allege conduct by him.  SA Guerra otherwise is without knowledge or information sufficient to form a belief as to the truth of paragraph 20 and therefore denies the same.

24.    SA Guerra denies paragraph 24.

25.    SA Guerra denies paragraph 25.

26.    SA Guerra states that the FBI agents repeatedly identified themselves as law enforcement officers and the FBI.  SA Guerra otherwise denies paragraph 26.

27.    SA Guerra denies paragraph 27.

28.    SA Guerra denies paragraph 28.

29.    SA Guerra denies paragraph 29.

30.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 30 and therefore denies the same.

31.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 31 and therefore denies the same.

32.    SA Guerra denies paragraph 32 on the ground that there were not "loud bangs from the flash grenades."  SA Guerra otherwise is without knowledge or information sufficient to form a belief as to the truth of paragraph 32 and therefore denies the same.

33.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 33 and therefore denies the same.

34.    SA Guerra is without knowledge or information sufficient to form a belief as to the truth of paragraph 34 and therefore denies the same.

35.    SA Guerra denies paragraph 35.

36.    SA Guerra denies paragraph 36.

37.    SA Guerra admits that Mr. Cliatt was asked the address of the home. SA Guerra otherwise denies paragraph 37 as stated.

38.    SA Guerra admits that, after being asked the address of the home, Mr. Cliatt provided the address, and the address he provided was not the address on the search warrant that the FBI agents intended to and reasonably believed they were attempting to execute at the time. SA Guerra denies the remaining allegations in paragraph 38.

39.    SA Guerra denies paragraph 39.

40.    SA Guerra states that, within a few minutes of entering Plaintiff's home and upon learning that the address of the home was not the address on the search warrant, the FBI agents left the home to execute the warrants at the "correct" address. SA Guerra further states that, prior to leaving, he advised Plaintiff that he would return momentarily after executing the warrants at the "correct" address to discuss what had occurred. SA Guerra denies paragraph 40 to the extent inconsistent with the foregoing and denies any remaining allegations in paragraph 40.

41.    SA Guerra denies paragraph 41 as stated.

42.     SA Guerra is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's actions or location when SA Guerra was not present at the home.  SA Guerra otherwise denies paragraph 42 as stated.

43.     SA Guerra admits that, immediately after executing the warrants at the address identified on the search warrant and securing that residence, he returned to the home in which Plaintiff was located and, among other things, left his business card with Plaintiff.  SA Guerra denies paragraph 43 to the extent inconsistent with the foregoing and denies any remaining allegations in paragraph 43.

44.     SA Guerra denies paragraph 44 to the extent it purports to allege that he violated any constitutional rights of Plaintiff or otherwise is liable for any of Plaintiff's claims in this case.  SA Guerra otherwise is without knowledge or information sufficient to form a belief as to the truth of paragraph 44 and therefore denies the same.

45.     SA Guerra denies paragraph 45 to the extent it purports to allege that he violated any constitutional rights of Plaintiff or otherwise is liable for any of Plaintiff's claims in this case.  SA Guerra otherwise is without knowledge or information sufficient to form a belief as to the truth of paragraph 45 and therefore denies the same.

46.    SA Guerra denies paragraph 46 to the extent it purports to allege that he violated any constitutional rights of Plaintiff or otherwise is liable for any of Plaintiff's claims in this case.  SA Guerra otherwise is without knowledge or information sufficient to form a belief as to the truth of paragraph 46 and therefore denies the same.

"COUNT I:  FALSE ARREST/FALSE IMPRISONMENT
Federal Tort Claims Act
(Defendant United States of America)"

47.    SA Guerra admits that, at all times relevant to Plaintiff's Complaint, he was acting within the course and scope of his employment as a Special Agent with the FBI.  The remaining allegations of paragraph 47 are unrelated to SA Guerra, and SA Guerra therefore denies the allegations on that basis.

48.    SA Guerra admits that, at the time he entered Plaintiff's home, he was a law enforcement officer empowered to execute searches, seize evidence, and make arrests.  The remaining allegations of paragraph 48 are unrelated to SA Guerra, and SA Guerra therefore denies the allegations on that basis.

49.    SA Guerra denies paragraph 49.

50.    SA Guerra denies paragraph 50.

51.    SA Guerra denies paragraph 51.

52.    SA Guerra denies that he committed any act of false arrest or false imprisonment against Plaintiff or violated any rights of Plaintiff and therefore denies paragraph 52.

"COUNT II: ASSAULT AND BATTERY
Federal Tort Claims Act
(Defendant United States of America)"

53.    SA Guerra admits that, at all times relevant to Plaintiff's Complaint, he was acting within the course and scope of his employment as a Special Agent with the FBI.  The remaining allegations of paragraph 53 are unrelated to SA Guerra, and SA Guerra therefore denies the allegations on that basis.

54.    SA Guerra admits that, at the time he entered Plaintiff's home, he was a law enforcement officer empowered to execute searches, seize evidence, and make arrests.  The remaining allegations of paragraph 54 are unrelated to SA Guerra, and SA Guerra therefore denies the allegations on that basis.

55.    SA Guerra denies paragraph 55.

56.    SA Guerra denies paragraph 56.

57.    SA Guerra denies paragraph 57.

58.    SA Guerra denies that he committed any act of assault or battery against Plaintiff or violated any rights of Plaintiff and therefore denies paragraph 58.

"COUNT III: TRESPASS AND INTERFERENCE WITH PRIVATE PROPERTY
Federal Tort Claims Act
(Defendant United States of America)"

59.     SA Guerra admits that, at all times relevant to Plaintiff's Complaint,

he was acting within the course and scope of his employment as a Special Agent

with the FBI.  The remaining allegations of paragraph 59 are unrelated to SA

Guerra, and SA Guerra therefore denies the allegations on that basis.

60.     SA Guerra admits that, at the time he entered Plaintiff's home, he

was a law enforcement officer empowered to execute searches, seize evidence,

and make arrests.  The remaining allegations of paragraph 60 are unrelated to SA

Guerra, and SA Guerra therefore denies the allegations on that basis.

61.     SA Guerra denies paragraph 61.

62.     SA Guerra denies paragraph 62.

63.     SA Guerra denies paragraph 63.

64.     SA Guerra denies paragraph 64.

65.     SA Guerra denies that he committed any act of trespass or

interference with private property against Plaintiff or violated any rights of

Plaintiff and therefore denies paragraph 65.

"COUNT IV: INTENTIONAL AND/OR NEGLIGENT INFLICTION OF
EMOTIONAL DISTRESS
Federal Tort Claims Act
(Defendant United States of America)"

66.     SA Guerra admits that, at the time he entered Plaintiff's home, he

was a law enforcement officer empowered to execute searches, seize evidence,

and make arrests.  The remaining allegations of paragraph 66 are unrelated to SA

Guerra, and SA Guerra therefore denies the allegations on that basis.

67.     SA Guerra admits that, at all times relevant to Plaintiff's Complaint,

he was acting within the course and scope of his employment as a Special Agent

with the FBI.  The remaining allegations of paragraph 67 are unrelated to SA

Guerra, and SA Guerra therefore denies the allegations on that basis.

68.     SA Guerra denies paragraph 68.

69.     SA Guerra denies paragraph 69.

70.     SA Guerra denies paragraph 70.

71.     SA Guerra denies that he committed any act of intentional or

negligent infliction of emotional distress against Plaintiff or violated any rights of

Plaintiff and therefore denies paragraph 71.

"COUNT V: NEGLIGENCE
Federal Tort Claims Act
(Defendant United States of America)"

72.    SA Guerra admits that, at all times relevant to Plaintiff's Complaint,

he was acting within the course and scope of his employment as a Special Agent

with the FBI.  The remaining allegations of paragraph 72 are unrelated to SA

Guerra, and SA Guerra therefore denies the allegations on that basis.

73.    SA Guerra admits that, at the time he entered Plaintiff's home, he

was a law enforcement officer empowered to execute searches, seize evidence,

and make arrests.  The remaining allegations of paragraph 73 are unrelated to SA

Guerra, and SA Guerra therefore denies the allegations on that basis.

74.    SA Guerra states that paragraph 74 states a legal conclusion to

which no response is required.  To the extent paragraph 74 is deemed to allege

facts to which a response is required, SA Guerra denies paragraph 74.

75.    SA Guerra denies paragraph 75.

76.    SA Guerra denies paragraph 76.

77.    SA Guerra denies paragraph 77.

78.    SA Guerra states that paragraph 78 states a legal conclusion to

which no response is required.  To the extent paragraph 78 is deemed to allege

facts to which a response is required, SA Guerra denies paragraph 78.

79.     SA Guerra denies that he committed any act of negligence against Plaintiff or violated any rights of Plaintiff and therefore denies paragraph 79.

"COUNT VI: ILLEGAL ENTRY, DETENTION & FALSE ARREST
FOURTH AMENDMENT
(Individual Defendants)"

80.     SA Guerra admits that, at all times relevant to Plaintiff's Complaint, he was acting within the course and scope of his employment as a Special Agent with the FBI.  The remaining allegations of paragraph 80 are unrelated to SA Guerra, and SA Guerra therefore denies the allegations on that basis.

81.     SA Guerra denies paragraph 81.

82.     SA Guerra admits that he was assigned to be the Team Leader of the team responsible for executing the warrants at issue in this lawsuit.  SA Guerra denies the remaining allegations of paragraph 82.

83.     SA Guerra denies paragraph 83.

84.     SA Guerra denies paragraph 84.

85.     SA Guerra denies paragraph 85 as stated, including its description of the warrants at issue, further stating that, despite the careful and considerable planning and preparation that went into the execution of the warrants, he inadvertently and unknowingly attempted to execute the warrants at an address different than the address identified on the search warrant.

86.     SA Guerra denies paragraph 86.

87.     SA Guerra denies paragraph 87.

88.     SA Guerra denies paragraph 88.

89.     SA Guerra denies paragraph 89.

90.     SA Guerra denies paragraph 90.

91.     SA Guerra denies paragraph 91.

92.     SA Guerra denies paragraph 92.

In response to Plaintiff's prayer for relief, SA Guerra denies that Plaintiff is entitled to any of the relief sought in his prayer for relief or any other relief whatsoever in this case.

Any remaining allegations in Plaintiff's Complaint that were not specifically admitted in this Answer are hereby denied.

**WHEREFORE**, Defendant Lawrence Guerra respectfully prays as follows:

(1)     That Plaintiff be denied any relief against him and that Plaintiff's Complaint against him be dismissed with prejudice;

(2)     That Plaintiff pay the costs of this action and, to the extent authorized by law, reimburse him for his expenses of litigation; and

(3)     For such other and further relief as this Court deems just and proper.

This 11th day of September, 2020.

BYUNG J. PAK
*United States Attorney*

s/ Aaron J. Ross
AARON J. ROSS
*Assistant United States Attorney*
Georgia Bar No. 461981
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Telephone:  404-581-6228
Facsimile:  404-581-6181

*Counsel for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the documents to which this certificate is attached

have been prepared in Book Antiqua font, 13-point type, which is one of the font

and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to the following opposing counsel of record:

> Zack Greenamyre
> Mitchell & Shapiro LLP
> 3490 Piedmont Road, Suite 650
> Atlanta, Georgia 30305

This 11th day of September, 2020.

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

*Counsel for Defendant*
