IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CURTRINA MARTIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action File No.<br>1:19-CV-04106-JPB |
| HILLIARD TOI CLIATT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action File No.<br>1:19-CV-04180-JPB |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DEENDANTS' CONSOLIDATED STATEMENT OF MATERIAL FACTS**

Plaintiffs have moved to exclude the Consolidated Statement of Material Facts in Support of Defendants' Motion for Summary Judgment (*Martin*, Doc. 107-1; *Cliatt*, Doc. 93-1) that Defendants filed with their Reply in Support of Defendants' Motion for Summary Judgment. *Martin*, Doc. 109; *Cliatt*, Doc. 95.

Plaintiffs claim that "[t]he local rules do not authorize a movant to file this type of reply," citing to Northern District of Georgia Local Rule 56.1 and *Circle Group, L.L.C. v. Se. Carpenters Reg'l Council*, 836 F. Supp. 2d 1327, 1350 (N.D. Ga. 2011). *Martin*, Doc. 109, at 2-3; *Cliatt*, Doc. 95, at 2-3. Plaintiffs are incorrect.

Nothing in Local Rule 56.1 prohibits a party from filing a consolidated statement of material facts in support of its motion for summary judgment along with its reply brief. Instead, it merely provides that, "[i]f a respondent [to a motion for summary judgment] provides a statement of additional material facts, then, within the time allowed for filing a reply, the movant shall file a response to each of the respondent's facts." N.D. Ga. L.R. 56.1(B)(3).

Consistent with the foregoing, several Northern District of Georgia judges (Judge Brown, Judge Cohen, Judge May, Judge Ray, Judge Story, and Judge Totenberg) expressly provide for a movant to file a consolidated statement of material facts in support of a motion for summary judgment in the exact format that Defendants did here. *See* Standing Order Regarding Civil Litigation (Hon. Michael L. Brown), at 9 (¶ r.2) ("A party that chooses to reply to a response shall copy into its reply document its original numbered statement of material fact and the opposing party's response, then provide its reply to that statement immediately following."); Standing Order Regarding Civil Litigation (Hon. Mark

H. Cohen), at 16 ( ¶ II.J.2) (same); Standing Order Regarding Civil Litigation (Hon. William M. Ray, II), at 18 (¶ II.h.ii) (same); Standing Order Regarding Civil Litigation (Hon. Richard W. Story), at 17 (¶ II.l.ii) (same); Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg, at 26 (¶ III.i) (same) (further citing *Walker v. United States Postal Service*, No. 1:09-CV-2550, Doc. 45, for an exemplar); Standing Order Regarding Civil Litigation (Hon. Leigh Martin May), at 23 (¶ III.o) ("A party that chooses to reply to a response that raises additional facts (pursuant to Local Rule 56.1(B)(3), NDGa), shall (1) copy into its reply document its original numbered statement of material fact and the opposing party's response, and then (2) provide its reply to that statement immediately following.").

Plaintiffs' reliance on *Circle Group, L.L.C.*, is misplaced because the respondent in that case "***did not file*** a separate statement of additional facts." 836 F. Supp. 2d at 1350 (emphasis added). Thus, there was nothing to which the movant reasonably could reply. *See id.*

Because the Consolidated Statement of Material Facts in Support of Defendants' Motion for Summary Judgment is not improper and in fact is an acceptable filing requested by several judges in this Court, Plaintiffs' Motion to Exclude Defendants' Consolidated Statement of Material Facts should be denied.

Respectfully submitted, this 18th day of October, 2021.

KURT R. ERSKINE
*Acting United States Attorney*

s/ Aaron J. Ross
AARON J. ROSS
*Assistant United States Attorney*
Georgia Bar No. 461981
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Telephone: 404-581-6228
Facsimile: 404-581-6181

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the documents to which this certificate is attached have been prepared in Book Antiqua font, 13-point type, which is one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C).

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to the following opposing counsel of record:

Jeffrey R. Filipovits
Spears & Filipovits, LLC
1126 Ponce de Leon Ave.
Atlanta, Georgia 30306

Lisa C. Lambert
Law Office of Lisa C. Lambert
245 N. Highland Ave., Suite 230-139
Atlanta, Georgia 30307

*Counsel for Curtrina Martin, et al.*

Zack Greenamyre
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305

*Counsel for Hilliard Toi Cliatt*

This 18th day of October, 2021.

s/ Aaron J. Ross
Aaron J. Ross
*Assistant United States Attorney*

*Counsel for Defendants*